**Order filed June 28, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00259-CV
_____

**AMERICAN HONDA FINANCE CORPORATION, ON BEHALF OF HONDA LEASE TRUST, Appellant**

**V.**

**CITY OF HOUSTON, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1052922**

---

## ORDER

This is an appeal from a judgment signed February 12, 2016. On November 10, 2016, the parties notified this court that the parties had reached an agreement to settle the issues on appeal.

On November 22, 2016, this court abated this appeal to permit the parties time to file a motion to dismiss the appeal. As of the date of this order, the court has not received a motion to dismiss. Accordingly, we issue the following order.

Unless within 20 days of the date of this order, appellant files an appropriate motion to dismiss this appeal, the appeal will be reinstated and appellee's brief will be due 30 days after the reinstatement date.

PER CURIAM